David H. Lentz and Robert J. Joutras, appellees, v. Miller Rubber Products Company, appellant. Gen. No. 38,032.

Opinion filed November 5, 1935.
F. C. Leslie and Russell, Murphy, Curran & Pearson, for appellant; Walter Wm. Pearson and William H. Meyer, of counsel. Lederer, Livingston, Kahn & Adler, for appellees; Archie H. Siegel, of counsel.
Mr. Presiding Justice Scanlan delivered the opinion of the court.

Foreman State Trust and Savings Bank et al., complainants, v. Victor C. Carlson et al., defendants, on appeal of Frank C. Rathje, appellant, v. First National Bank of Chicago, appellee. Gen. No. 37,761.

Opinion filed November 5, 1935.
Crowe, Gorman & Savage, for appellant; John Mulder and James G. Sheridan, of counsel. Tatge & Tatge, for appellee.
Mr. Justice Friend delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. David Pondexter et al., plaintiffs in error. Gen. No. 37,776.

Opinion filed November 5, 1935.
David J. Bentall and Ben Meyers, for plaintiffs in error; Hart E. Baker, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.
Mr. Justice Friend delivered the opinion of the court.